UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

STATE OF NEW YORK, *et al.*,

       Plaintiffs,

       v.

UNITED STATES DEPARTMENT OF
EDUCATION, *et al.*,

       Defendants.

-------------------------------------------------------------x

No. 25 Civ. 2990 (ER)

**NOTICE OF APPEAL**

    Defendants appeal to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction entered on June 3, 2025.

Dated:    June 4, 2025
           New York, New York

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:    */s/ Dana Walsh Kumar*
       DANA WALSH KUMAR
       Assistant United States Attorney
       86 Chambers Street
       New York, New York  10007
       Telephone: (212) 637-2741
       E-mail: dana.walsh.kumar@usdoj.gov

APPEAL,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:25–cv–02990–ER

State of New York et al v. United States Department of Education et al
Assigned to: Judge Edgardo Ramos
Cause: 05:551 Administrative Procedure Act

Date Filed: 04/10/2025
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**State of New York**     represented by     **Andrew Stuart Amer**
New York State Department of Law (28 Liberty)
28 Liberty Street
New York, NY 10005
212–416–6127
Fax: 212–416–6009
Email: andrew.amer@ag.ny.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Molly Anne Thomas–Jensen**
Office of the New York Attorney General
28 Liberty Street
New York, NY 10005
212–416–8679
Email: molly.thomas–jensen@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Rabia Claire Muqaddam**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
917–715–4172
Email: rabia.muqaddam@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Stephen Christopher Thompson**
NYS Office of The Attorney General
28 Liberty Street
New York, NY 10005
212–416–6183
Email: stephen.thompson@ag.ny.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Arizona**     represented by     **Alexa Gabriela Salas**
Arizona Attorney General's Office
Solicitor General's Office – Special Litigation Section
2005 N Central Ave
Phoenix, AZ 85004
602–542–8049
Email: alexa.salas@azag.gov
*ATTORNEY TO BE NOTICED*

**Lauren Watford**
Arizona Attorney General's Office
Solicitor General
2005 N Central Ave

          Phoenix, AZ 85004
          602−542−3333
          Email: Lauren.Watford@azag.gov
          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of California**  represented by  **Cheryl Lynn Feiner**
California Attorney General's Office
Civil Division/Office of the Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102−7004
415−510−3450
Fax: 415−703−5480
Email: cheryl.feiner@doj.ca.gov
*ATTORNEY TO BE NOTICED*

          **Jose Pablo Galan DE LA Cruz**
California Attorney General's Office
Health, Education, and Welfare
455 Golden Gate Ave
Ste 11000
San Francisco, CA 94102
415−510−3439
Fax: 415−703−5480
Email: pablo.galan@doj.ca.gov
*ATTORNEY TO BE NOTICED*

          **Maureen Chinyere Onyeagbako**
Office of the Attorney General
Civil
1300 I Street
Sacramento, CA 95814
916−210−7324
Fax: 916−324−5567
Email: Maureen.Onyeagbako@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Delaware**

**Plaintiff**

**District of Columbia**  represented by  **Andrew Charles Mendrala**
Office of the Attorney General for the District of Columbia
Civil Rights Section
400 Sixth Street N.W.
Washington, DC 20001
202−724−9726
Email: andrew.mendrala@dc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Hawaii**  represented by  **David Dana Day**
State of Hawaii − Department of the Attorney General
Appellate Division
425 Queen Street
Honolulu, HI 96813
808−586−1284

|  |  |  |
|---|---|---|
|  |  | Email: david.d.day@hawaii.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Kalikoonalani Diara Fernandes**<br>Department of the Attorney General, State of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813<br>808–586–1360<br>Email: kaliko.d.fernandes@hawaii.gov<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **State of Illinois** | represented by | **Cara A Hendrickson**<br>Illinois Attorney General's Office<br>IL<br>115 S. LaSalle St<br>Chicago<br>Chicago, IL 60603<br>312–814–3000<br>Email: cara.hendrickson@ilag.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Elena S Meth**<br>Illinois Attorney General's Office<br>Special Litigation Bureau<br>115 S. LaSalle St<br>Chicago<br>Chicago, IL 60603<br>202–869–3875<br>Email: elena.meth@ilag.gov<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **State of Maine** | represented by | **Sarah Forster**<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333–0006<br>207–626–8000<br>Email: sarah.forster@maine.gov<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff** |  |  |
| **State of Maryland** | represented by | **Keith Jamieson**<br>Office of the Attorney General– State of Maryland<br>200 St Paul Place<br>Baltimore, MD 21202<br>410–576–6960<br>Email: kjamieson@oag.state.md.us<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Alan J Dunklow**<br>Office of the Attorney General– State of Maryland<br>Maryland State Department of Education<br>200 St. Paul Place<br>Ste 19th Floor<br>Baltimore, MD 21202<br>410–576–6356<br>Email: adunklow@oag.state.md.us<br>*ATTORNEY TO BE NOTICED* |

**Elliott Schoen**
Office of the Attorney General– State of Maryland
200 St. Paul Place
Ste 1900
Baltimore, MD 21202
410–576–6453
Fax: 410–576–6309
Email: eschoen@oag.state.md.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Commonwealth of Massachusetts**   represented by   **Katherine Brady Dirks**
Massachusetts Attorney General's Office
1 Ashburton Pl.
Ste 20th Floor
Boston, MA 02478
617–963–2277
Email: katherine.dirks@massmail.state.ma.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**People of the State of Michigan**   represented by   **Neil Anthony Giovanatti**
Michigan Department of Attorney General
525 W. Ottawa St
P.O.Box 30758
Lansing, MI 48909
517–241–5886
Fax: 517–241–1997
Email: giovanattin@michigan.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BreAnna J Listermann**
Michigan Department of the Attorney General
525 W. Ottowa St.
Lansing, MI 48909
517–335–7603
Email: listermannb@michigan.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Minnesota**   represented by   **Elizabeth C Kramer**
Minnesota Attorney General's Office
Solicitor General
445 Minnesota Street
Ste 600
St. Paul, MN 55101
651–757–1010
Email: liz.kramer@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**State of Nevada**   represented by   **Heidi Parry Stern**
Nevada Attorney General's Office
Solicitor General
1 State of Nevada Way
Ste 100
Las Vegas, NV 89119

<table>
<tr><td colspan="3">702–486–3594<br>Email: hstern@ag.nv.gov<br><i>LEAD ATTORNEY</i><br><i>ATTORNEY TO BE NOTICED</i></td></tr>
</table>

**Plaintiff**

| | | |
|---|---|---|
| **State of New Jersey** | represented by | **Lauren Elizabeth Van Driesen**<br>Division of Law<br>Special Litigation<br>124 Halsey Street<br>Newark, NJ 07101<br>973–648–2566<br>Email: lauren.vandriesen@law.njoag.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of New Mexico** | represented by | **Anjana Samant**<br>NM Department of Justice<br>408 Galisteo St<br>Santa Fe, NM 87501<br>505–270–4332<br>Email: asamant@ccrjustice.org<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **State of Oregon** | represented by | **Sara D. Van Loh**<br>Oregon Department of Justice<br>Special Litigation Unit<br>100 SW Market St<br>Portland, OR 97201<br>503–947–4700<br>Email: sara.vanloh@doj.oregon.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Josh Shapiro**<br>*in his official capacity as Governor of the Commonwealth of Pennsylvania* | represented by | **Thomas Paul Howell**<br>Office of General Counsel<br>30 North Third Street<br>Suite 200<br>Harrisburg, PA 17101<br>717–772–4252<br>Email: thowell@pa.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **United States Department of Education** | represented by | **Christopher Kendrick Connolly**<br>United States Attorney's Office SDNY<br>86 Chambers Street<br>3 Floor<br>New York, NY 10007<br>(212) 637–2761<br>Fax: (212) 637–2786<br>Email: christopher.connolly@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Dana Walsh Kumar** |

              DOJ–USAO
              Sdny
              86 Chambers Street
              Ste Floor 3
              New York, NY 10007
              212–637–2741
              Email: dana.walsh.kumar@usdoj.gov
              *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Linda McMahon**<br>*in her official capacity as Secretary of Education* | represented by | **Christopher Kendrick Connolly**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Dana Walsh Kumar**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2025 | 1 | COMPLAINT against Linda McMahon, United States Department of Education. (Filing Fee $ 405.00, Receipt Number ANYSDC–30914125)Document filed by State of New York. (Attachments: # 1 Exhibit March 28, 2025 Rescission Letter).(Thompson, Stephen) (Entered: 04/10/2025) |
| 04/10/2025 | 2 | CIVIL COVER SHEET filed..(Thompson, Stephen) (Entered: 04/10/2025) |
| 04/10/2025 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to Linda McMahon, re: 1 Complaint. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/10/2025) |
| 04/10/2025 | 4 | REQUEST FOR ISSUANCE OF SUMMONS as to United States Department of Education, re: 1 Complaint. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/10/2025) |
| 04/10/2025 | 5 | NOTICE OF APPEARANCE by Andrew Stuart Amer on behalf of State of New York..(Amer, Andrew) (Entered: 04/10/2025) |
| 04/11/2025 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Edgardo Ramos. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 04/11/2025) |
| 04/11/2025 | | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 04/11/2025) |
| 04/11/2025 | | Case Designated ECF. (jgo) (Entered: 04/11/2025) |
| 04/11/2025 | 6 | ELECTRONIC SUMMONS ISSUED as to Linda McMahon..(jgo) (Entered: 04/11/2025) |
| 04/11/2025 | 7 | ELECTRONIC SUMMONS ISSUED as to United States Department of Education..(jgo) (Entered: 04/11/2025) |
| 04/11/2025 | 8 | NOTICE OF APPEARANCE by Molly Anne Thomas−Jensen on behalf of State of New York..(Thomas−Jensen, Molly) (Entered: 04/11/2025) |
| 04/11/2025 | 9 | AFFIDAVIT OF SERVICE of Summons and Complaint. Linda McMahon served on 4/11/2025, answer due 5/2/2025; United States Department of Education served on 4/11/2025, answer due 5/2/2025. Service was made by Mail. Document filed by State |

| | | |
|---|---|---|
| | | of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 10 | MOTION for Preliminary Injunction . Document filed by State of New York..(Amer, Andrew) (Entered: 04/11/2025) |
| 04/11/2025 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION for Preliminary Injunction . . Document filed by State of New York. (Attachments: # 1 Exhibit A – Table of Supporting Declarations, # 2 Exhibit B – Proposed Preliminary Injunction Order).(Amer, Andrew) (Entered: 04/11/2025) |
| 04/11/2025 | 12 | DECLARATION of Dean Slaga in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 13 | DECLARATION of Leisa Maestretti in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 14 | DECLARATION of Tami Pierson in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York. (Attachments: # 1 Exhibit A – ED ARP EANS Approval, # 2 Exhibit B – ED original ARP ESSER Approval, # 3 Exhibit C – ED ARP ESSER Amended Approval, # 4 Exhibit D – ED HCY Approval, # 5 Exhibit E – ED Rescission Letter).(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 15 | DECLARATION of Nikki Stewart in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 16 | DECLARATION of Cynthia Marten in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York. (Attachments: # 1 Exhibit 1 – ED ARP HCY Approval, # 2 Exhibit 2 – ED ARP ESSER Approval).(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 17 | DECLARATION of Toby Portner in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 18 | DECLARATION of Matthew Seaton in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 19 | DECLARATION of William Bell in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York. (Attachments: # 1 Exhibit 1: First ESSER award to MA, # 2 Exhibit 2: Second ESSER award to MA, # 3 Exhibit 3: EANS award to MA, # 4 Exhibit 4: ED solicitation of extension applications, # 5 Exhibit 5: MA EANS extension application, # 6 Exhibit 6: MA EANS amount outstanding, # 7 Exhibit 7: ED letter to MA granting EANS extension, # 8 Exhibit 8: MA letter updating outstanding EANS funds, # 9 Exhibit 9: MA EANS updated outstanding amount, # 10 Exhibit 10: ED email confirming access to EANS funds thru 3/28/26, # 11 Exhibit 11: MA ESSER extension application, # 12 Exhibit 12: MA ESSER amount outstanding, # 13 Exhibit 13: ED letter to MA granting ESSER extension, # 14 Exhibit 14: MA letter updating outstanding ESSER funds, # 15 Exhibit 15: MA ESSER updated outstanding amount, # 16 Exhibit 16: ED email confirming access to ESSER funds thru 3/28/26, # 17 Exhibit 17: ED letter rescinding extensions).(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 20 | DECLARATION of Alison Perkins–Cohen in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 21 | DECLARATION of Carey M. Wright in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York. (Attachments: # 1 Exhibit A – Letter from ED Office of State and Grantee Relations, # 2 Exhibit B – ARP–HCY Liquidation Extension, # 3 Exhibit C – ARP ESSER Liquidation Extension, # 4 Exhibit D – ARP EANS Liquidation Extension, # 5 Exhibit E – CRRSA ESSER Liquidation Extension, # 6 Exhibit F – CRRSA EANS Liquidation Extension).(Thompson, Stephen) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/11/2025 | 22 | DECLARATION of Shelly Chasse Johndro in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 23 | DECLARATION of Michael F. Rice in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 24 | DECLARATION of Kathleen Ehling in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 25 | DECLARATION of Mariana D. Padilla in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 26 | DECLARATION of Christina Coughlin in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York. (Attachments: # 1 Exhibit A – ED ESSER Grant Letter, # 2 Exhibit B – ED HCY Grant Letter, # 3 Exhibit C – ED EANS Grant Letter, # 4 Exhibit D – Funding Extension Requests, # 5 Exhibit E – Honeysett Email, # 6 Exhibit F – Rescission Letter, # 7 Exhibit G – Times Union Article).(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 27 | DECLARATION of Tenneal Wetherell in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York. (Attachments: # 1 Exhibit A – ED ARP ESSER Approval, # 2 Exhibit B – OR ARP ESSER Approval, # 3 Exhibit C – ED Tydings Waiver Approval, # 4 Exhibit D – OR Tydings Waiver Approval, # 5 Exhibit E – ED instructions on liquidation submissions).(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 28 | DECLARATION of Carrie Rowe in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York. (Attachments: # 1 Exhibit A – ED ARP ESSER Extension, # 2 Exhibit B – ED ARP HCY Extension, # 3 Exhibit C – Email attaching Rescission Letter, # 4 Exhibit D – Rescission Letter).(Thompson, Stephen) (Entered: 04/11/2025) |
| 04/11/2025 | 29 | NOTICE OF APPEARANCE by Heidi Parry Stern on behalf of State of Nevada..(Stern, Heidi) (Entered: 04/11/2025) |
| 04/11/2025 | 30 | NOTICE OF APPEARANCE by Rabia Claire Muqaddam on behalf of State of New York..(Muqaddam, Rabia) (Entered: 04/11/2025) |
| 04/11/2025 | 31 | NOTICE OF APPEARANCE by Neil Anthony Giovanatti on behalf of People of the State of Michigan..(Giovanatti, Neil) (Entered: 04/11/2025) |
| 04/14/2025 | 32 | NOTICE OF APPEARANCE by Lauren Elizabeth Van Driesen on behalf of State of New Jersey..(Van Driesen, Lauren) (Entered: 04/14/2025) |
| 04/14/2025 | 33 | PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document filed by State of New York. Related Document Number: [ECF No 10]..(Amer, Andrew) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 04/14/2025) |
| 04/14/2025 | 34 | CONSENT LETTER MOTION to Expedite *Briefing Schedule re PIaintiffs' Preliminary Injunction Motion (ECF No. 10)* addressed to Judge Edgardo Ramos from Andrew Amer dated April 14, 2025. Document filed by State of New York..(Amer, Andrew) (Entered: 04/14/2025) |
| 04/14/2025 | 35 | NOTICE OF APPEARANCE by Christopher Kendrick Connolly on behalf of Linda McMahon, United States Department of Education..(Connolly, Christopher) (Entered: 04/14/2025) |
| 04/14/2025 | 36 | NOTICE OF APPEARANCE by Dana Walsh Kumar on behalf of Linda McMahon, United States Department of Education..(Kumar, Dana) (Entered: 04/14/2025) |
| 04/14/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITHOUT EMERGENCY RELIEF. Document No. **33** Proposed Order to Show Cause Without Emergency Relief was reviewed and approved as to form. (km)** (Entered: 04/14/2025) |

| | | |
|---|---|---|
| 04/14/2025 | 37 | MOTION for Thomas Paul Howell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30927256. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Josh Shapiro. (Attachments: # 1 Affidavit Affidavit inf Support of Motion to Admit Counsel, # 2 Proposed Order Proposed Order).(Howell, Thomas) (Entered: 04/14/2025) |
| 04/14/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 37 MOTION for Thomas Paul Howell to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30927256. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/14/2025) |
| 04/15/2025 | 38 | NOTICE OF APPEARANCE by Katherine Brady Dirks on behalf of Commonwealth of Massachusetts..(Dirks, Katherine) (Entered: 04/15/2025) |
| 04/15/2025 | 39 | **FILING ERROR – PDF ERROR –** MOTION for Sara Dena Van Loh to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Oregon. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order for Admission Pro Hac Vice).(Van Loh, Sara) Modified on 4/15/2025 (bc). (Entered: 04/15/2025) |
| 04/15/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 39 MOTION for Sara Dena Van Loh to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re−file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 04/15/2025) |
| 04/15/2025 | 41 | ORDER granting 34 Letter Motion to Expedite. The application is granted. (Signed by Judge Edgardo Ramos on 4/15/2025) (rro) (Entered: 04/16/2025) |
| 04/15/2025 | | Set/Reset Deadlines: Responses due by 4/24/2025 Replies due by 4/29/2025. (rro) (Entered: 04/16/2025) |
| 04/16/2025 | 40 | MOTION for Sarah A. Forster to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30937840. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Maine. (Attachments: # 1 Affidavit Sarah Forster, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Forster, Sarah) (Entered: 04/16/2025) |
| 04/16/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 40 MOTION for Sarah A. Forster to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30937840. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/16/2025) |
| 04/16/2025 | 42 | ORDER TO SHOW CAUSE REQUEST FOR PRELIMINARY INJUNCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 65(a) ORDERED, that the above−named Defendants show cause before the Honorable Edgardo Ramos, United States District Judge, Room 619, United States Courthouse, 40 Foley Square, New York, New York, on Tuesday, May 6, at 10:00 a.m., why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure preliminarily enjoining the Defendants during the pendency of this action from (1) enforcing or implementing as against Plaintiffs the directives in the March 28, 2025 letter from Education Secretary Linda McMahon to State Education Chiefs (ECF No. 1−1); and (2) modifying the U.S. Education Departments previously approved periods for Plaintiffs to liquidate their obligations under their education stabilization funds without providing notice to Plaintiffs at least fourteen (14) days prior to the effective date of such modification; and it is further ORDERED that Plaintiffs are not required to post security; and it is further ORDERED that service of a copy of this order by electronic mail on the U.S. Attorney's Office for the Southern District of New York on or before April 22, 2025, shall be deemed good and sufficient service thereof; and it is furtherORDERED that Defendants shall file their opposition papers on the Motion on or before April 24, 2025; and it is further ORDERED that Plaintiffs shall file their reply papers on the Motion on or before April 29, 2025. It is SO ORDERED. ( Show Cause Hearing set |

| | | |
|---|---|---|
| | | for 5/6/2025 at 10:00 AM in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos.), ( Replies due by 4/29/2025., Responses due by 4/24/2025) (Signed by Judge Edgardo Ramos on 4/15/2025) (jca) (Entered: 04/16/2025) |
| 04/16/2025 | 43 | **FILING ERROR – PDF ERROR** – MOTION for Kalikoonalani D. Fernandes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30943126. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Hawaii. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order for Admission Pro Hac Vice).(Fernandes, Kalikoonalani) Modified on 4/17/2025 (bc). (Entered: 04/16/2025) |
| 04/16/2025 | 44 | **FILING ERROR – PDF ERROR** – MOTION for David D. Day to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30943140. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Hawaii. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order for Admission Pro Hac Vice).(Day, David) Modified on 4/17/2025 (bc). (Entered: 04/16/2025) |
| 04/17/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 43 MOTION for Kalikoonalani D. Fernandes to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30943126. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Hawaii and DC; Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 04/17/2025) |
| 04/17/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 44 MOTION for David D. Day to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30943140. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Hawaii;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (bc)** (Entered: 04/17/2025) |
| 04/17/2025 | 45 | MOTION for Kalikoonalani D. Fernandes to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Hawaii. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing (HI), # 3 Exhibit Certificate of Good Standing (DC), # 4 Proposed Order for Admission Pro Hac Vice).(Fernandes, Kalikoonalani) (Entered: 04/17/2025) |
| 04/17/2025 | 46 | MOTION for David D. Day to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Hawaii. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing (HI), # 3 Proposed Order for Admission Pro Hac Vice).(Day, David) (Entered: 04/17/2025) |
| 04/17/2025 | 47 | MOTION for Alan John Dunklow to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30950122. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Maryland. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Dunklow, Alan) (Entered: 04/17/2025) |
| 04/17/2025 | 48 | MOTION for Elliott Lawrence Schoen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30950162. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Maryland. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit Maryland Certificate of Good Standing, # 3 Exhibit Colorado Certificate of Good Standing, # 4 Proposed Order Proposed order Pro Hac Vice).(Schoen, Elliott) (Entered: 04/17/2025) |

| | | |
|---|---|---|
| 04/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 45 MOTION for Kalikoonalani D. Fernandes to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/18/2025) |
| 04/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 46 MOTION for David D. Day to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/18/2025) |
| 04/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 47 MOTION for Alan John Dunklow to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30950122. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/18/2025) |
| 04/18/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 48 MOTION for Elliott Lawrence Schoen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30950162. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/18/2025) |
| 04/21/2025 | 49 | MOTION for Keith Michael Jamieson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30957614. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Maryland. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order for Admission Pro Hac Vice).(Jamieson, Keith) (Entered: 04/21/2025) |
| 04/21/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 49 MOTION for Keith Michael Jamieson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30957614. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/21/2025) |
| 04/21/2025 | 50 | MOTION for Sara Dena Van Loh to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Oregon. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order for Admission Pro Hac Vice).(Van Loh, Sara) (Entered: 04/21/2025) |
| 04/22/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 50 MOTION for Sara Dena Van Loh to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/22/2025) |
| 04/22/2025 | 51 | **FILING ERROR − DEFICIENT DOCKET ENTRY** − MOTION for BreAnna Listermann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30968938. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by People of the State of Michigan..(Listermann, BreAnna) Modified on 4/22/2025 (bc). (Entered: 04/22/2025) |
| 04/22/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 51 MOTION for BreAnna Listermann to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−30968938. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): Affidavit must be notary stamped;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (bc)** (Entered: 04/22/2025) |
| 04/22/2025 | 52 | MOTION for BreAnna Listermann to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by People of the State of Michigan. (Attachments: # 1 Exhibit Order for Admission Pro Hac Vice, # 2 Exhibit Certificate of Good Standing).(Listermann, BreAnna) (Entered: 04/22/2025) |
| 04/23/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 52 MOTION for BreAnna Listermann to Appear Pro Hac Vice . Motion and** |

| | | |
|---|---|---|
| | | **supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/23/2025) |
| 04/23/2025 | 53 | ORDER granting 37 Motion for Thomas Paul Howell to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 54 | ORDER granting 40 Motion for Sarah A. Forster to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 55 | ORDER granting 45 Motion for Kalikoonalani D. Fernande to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 56 | ORDER granting 46 Motion for David D. Day to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 57 | ORDER granting 47 Motion for Alan John Dunklow to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 58 | ORDER granting 48 Motion for Elliott Lawrence Schoen to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 59 | ORDER granting 49 Motion for Keith Michael Jamieson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 60 | ORDER granting 50 Motion for Sara Dena Van Loh to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/23/2025 | 61 | ORDER granting 52 Motion for BreAnna Listermann to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/23/2025) |
| 04/24/2025 | 62 | NOTICE OF APPEARANCE by BreAnna J Listermann on behalf of People of the State of Michigan..(Listermann, BreAnna) (Entered: 04/24/2025) |
| 04/24/2025 | 63 | MEMORANDUM OF LAW in Opposition re: 10 MOTION for Preliminary Injunction . . Document filed by Linda McMahon, United States Department of Education..(Kumar, Dana) (Entered: 04/24/2025) |
| 04/25/2025 | 64 | MOTION for Lauren Ashley Watford to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30990102. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Arizona. Return Date set for 4/25/2025 at 03:18 PM. (Attachments: # 1 Affidavit Affidavit ISO Motion to Appear as Pro Hac Vice, # 2 Proposed Order Order for Admission Pro Hac Vice).(Watford, Lauren) (Entered: 04/25/2025) |
| 04/28/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 64 MOTION for Lauren Ashley Watford to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30990102. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/28/2025) |
| 04/28/2025 | 65 | ORDER granting 64 Motion for Lauren A. Watford to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 04/28/2025) |
| 04/28/2025 | 66 | MOTION for Alexa G. Salas to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30997164. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Arizona. (Attachments: # 1 Affidavit Affidavit iso Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order Proposed Order).(Salas, Alexa) (Entered: 04/28/2025) |
| 04/29/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 66 MOTION for Alexa G. Salas to Appear Pro Hac Vice . Filing fee $ 200.00,** |

| | | |
|---|---|---|
| | | receipt number ANYSDC–30997164. **Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 04/29/2025) |
| 04/29/2025 | 67 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION for Preliminary Injunction . . Document filed by State of New York..(Thompson, Stephen) (Entered: 04/29/2025) |
| 04/29/2025 | 68 | DECLARATION of Alison Perkins–Cohen in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/29/2025) |
| 04/29/2025 | 69 | DECLARATION of Natasha Middleton in Support re: 10 MOTION for Preliminary Injunction .. Document filed by State of New York..(Thompson, Stephen) (Entered: 04/29/2025) |
| 04/30/2025 | 70 | MOTION for Cara Hendrickson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31010243. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Illinois. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Hendrickson, Cara) (Entered: 04/30/2025) |
| 04/30/2025 | 71 | MOTION for Elena S. Meth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31010304. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Illinois. (Attachments: # 1 Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order for Admission Pro Hac Vice).(Meth, Elena) (Entered: 04/30/2025) |
| 04/30/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 70 MOTION for Cara Hendrickson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31010243. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/30/2025) |
| 04/30/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 71 MOTION for Elena S. Meth to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31010304. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/30/2025) |
| 04/30/2025 | 72 | MOTION for Elizabeth Catherine Kramer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31010759. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of Minnesota. (Attachments: # 1 Affidavit ISO motion for pro hac vice, # 2 Exhibit Cert. of Good Standing, # 3 Proposed Order on Motion for pro hac vice).(Kramer, Elizabeth) (Entered: 04/30/2025) |
| 04/30/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 72 MOTION for Elizabeth Catherine Kramer to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31010759. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 04/30/2025) |
| 05/01/2025 | 73 | ORDER granting 66 Motion for Alexa G. Salas to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/01/2025) |
| 05/01/2025 | 74 | ORDER granting 70 Motion for Cara Hendrickson to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/01/2025) |
| 05/01/2025 | 75 | ORDER granting 71 Motion for Elena S. Meth to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/01/2025) |
| 05/01/2025 | 76 | ORDER granting 72 Motion for Elizabeth Catherine Kramer to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/01/2025) |

| | | |
|---|---|---|
| 05/06/2025 | 77 | PRELIMINARY INJUNCTION ORDER: ORDERED that, sufficient reason having been shown therefor: 1. The Defendants are preliminary enjoined from enforcing or implementing as against Plaintiffs during the pendency of this litigation or until further order of the Court the directives in the March 28, 2025 letter from Education Secretary Linda McMahon to State Education Chiefs, Doc. 1–1 ("Letter"), which (a) rescinded the prior approvals granted by the U.S. Department of Education ("ED") extending the periods of time for Plaintiffs to liquidate their obligations under the Education Stabilization Fund, as that term is defined in the Letter ("ESF"), and (b) modified Plaintiffs' periods to liquidate their obligations under the ESF to expire as of 5:00pm ET on March 28, 2025. 2. The Defendants are preliminarily enjoined from modifying ED's previously–approved periods for Plaintiffs to liquidate their obligations under the ESF without providing notice to Plaintiffs at least fourteen (14) days prior to the effective date of such modification. 3. The Defendants must provide written notice of this Order to all personnel within ED. The written notice shall instruct all personnel that they must comply with the provisions of this Order. Defendants must file a status report within three (3) days of this Order evidencing that all personnel within ED have received this notice. (Signed by Judge Edgardo Ramos on 5/6/2025) (jca) (Entered: 05/06/2025) |
| 05/06/2025 | 78 | LETTER addressed to Judge Edgardo Ramos from Stephen C. Thompson dated May 6, 2025 re: Providing letter from U.S. Dep't of Education to AZ Dep't of Education. Document filed by State of New York. (Attachments: # 1 Exhibit 2025.05.02 letter from ED to AZ).(Thompson, Stephen) (Entered: 05/06/2025) |
| 05/06/2025 | 79 | MOTION for Maureen Chinyere Onyeagbako to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31041528. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order Proposed Order).(Onyeagbako, Maureen) (Entered: 05/06/2025) |
| 05/06/2025 | 80 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Andrew Mendrala to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31041847. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by District of Columbia. (Attachments: # 1 Affidavit in Support of Motion for Pro Hac Vice admission, # 2 Exhibit DC Certificate of Good Standing, # 3 Exhibit VA Certificate of Good Standing, # 4 Proposed Order on Motion for Pro Hac Vice admission).(Mendrala, Andrew) Modified on 5/7/2025 (rju). (Entered: 05/06/2025) |
| 05/06/2025 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Show Cause Hearing held on 5/6/2025. Counsel for State of New York, present. Counsel for U.S. Department of Education, present. For the reasons stated on the record, Plaintiffs' application for preliminary injunction is granted. The government's application to stay the injunction pending appeal is denied. (jar) (Entered: 06/04/2025) |
| 05/07/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 79 MOTION for Maureen Chinyere Onyeagbako to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31041528. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 05/07/2025) |
| 05/07/2025 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 80 MOTION for Andrew Mendrala to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31041847. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Virginia;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (rju)** (Entered: 05/07/2025) |
| 05/08/2025 | 81 | ORDER granting 79 Motion for Maureen Chinyere Onyeagbako to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/08/2025) |

| | | |
|---|---|---|
| 05/09/2025 | 82 | STATUS REPORT. *submitted in accordance with paragraph 3 of the Court's preliminary injunction order* Document filed by Linda McMahon, United States Department of Education..(Connolly, Christopher) (Entered: 05/09/2025) |
| 05/14/2025 | 83 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by State of New York..(Thompson, Stephen) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 05/14/2025) |
| 05/14/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 83 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (km)** (Entered: 05/14/2025) |
| 05/14/2025 | 84 | AFFIRMATION of Stephen C. Thompson in Support re: 83 Proposed Order to Show Cause With Emergency Relief. Document filed by State of New York. (Attachments: # 1 Exhibit A – May 11 Rescission Letter, # 2 Exhibit B – May 6 Hearing Transcript).(Thompson, Stephen) (Entered: 05/14/2025) |
| 05/14/2025 | 85 | MEMORANDUM OF LAW in Support re: 83 Proposed Order to Show Cause With Emergency Relief . Document filed by State of New York..(Thompson, Stephen) (Entered: 05/14/2025) |
| 05/14/2025 | 86 | **FILING ERROR – DEFICIENT DOCKET ENTRY (SEE 89 Declaration) –** DECLARATION of Christina Coughlin in Support re: 83 Proposed Order to Show Cause With Emergency Relief. Document filed by State of New York. (Thompson, Stephen) Modified on 5/15/2025 (db). As per ECF–ERROR Email Correspondence Received on 5/15/2025 @ 4:27pm. (Entered: 05/14/2025) |
| 05/14/2025 | 87 | PROPOSED ORDER. Document filed by State of New York. Related Document Number: 83 ..(Thompson, Stephen) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 05/14/2025) |
| 05/15/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 87 Proposed Order was reviewed and approved as to form. (km)** (Entered: 05/15/2025) |
| 05/15/2025 | 88 | LETTER addressed to Judge Edgardo Ramos from Dana Walsh Kumar dated May 15, 2025 re: Response to Plaintiffs' Application for Emergency Ex Parte Relief. Document filed by Linda McMahon, United States Department of Education..(Kumar, Dana) (Entered: 05/15/2025) |
| 05/15/2025 | 89 | DECLARATION of Christina Coughlin in Support re: 83 Proposed Order to Show Cause With Emergency Relief. Document filed by State of New York. (Attachments: # 1 Exhibit A – May 13 email re liquidation requests).(Thompson, Stephen) (Entered: 05/15/2025) |
| 05/16/2025 | 90 | ORDER: A scheduling conference will be held on May 20, 2025, at 2:00 p.m., in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007. It is SO ORDERED. (Status Conference set for 5/20/2025 at 02:00 PM in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos.) (Signed by Judge Edgardo Ramos on 5/16/2025) (jca) (Entered: 05/16/2025) |
| 05/16/2025 | 91 | TRANSCRIPT of Proceedings re: ARGUMENT held on 5/6/2025 before Judge Edgardo Ramos. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 6/6/2025. Redacted Transcript Deadline set for 6/16/2025. Release of Transcript Restriction set for 8/14/2025..(McGuirk, Kelly) (Entered: 05/16/2025) |
| 05/16/2025 | 92 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 5/6/2025 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 05/16/2025) |

| | | |
|---|---|---|
| 05/19/2025 | 93 | SECOND MOTION for Andrew Mendrala to Appear Pro Hac Vice *with corrected Exhibits*. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by District of Columbia. (Attachments: # 1 Affidavit of Andrew Mendrala in Support of Motion to Appear Pro Hac Vice, # 2 Exhibit Certificate of Good Standing DC, # 3 Exhibit Certificate of Good Standing VA, # 4 Proposed Order for the Pro Hac Vice Admission of Andrew Mendrala).(Mendrala, Andrew) (Entered: 05/19/2025) |
| 05/19/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 93 SECOND MOTION for Andrew Mendrala to Appear Pro Hac Vice *with corrected Exhibits*. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/19/2025) |
| 05/20/2025 | 94 | PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document filed by State of New York..(Thompson, Stephen) **Proposed Order to Show Cause to be reviewed by Clerk's Office staff.** (Entered: 05/20/2025) |
| 05/20/2025 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER TO SHOW CAUSE WITH EMERGENCY RELIEF. Document No. 94 Proposed Order to Show Cause With Emergency Relief was reviewed and approved as to form. (tp)** (Entered: 05/20/2025) |
| 05/20/2025 | 95 | ORDER TO SHOW CAUSE ON REQUEST FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 65: It is: ORDERED, that the above−named Defendants show cause before the Honorable Edgardo Ramos, United States District Judge, Room 619, United States Courthouse, 40 Foley Square, New York, New York, on June 3, 2025, at 2:30PM ET thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65(a) of the Federal Rules of Civil Procedure (1) preliminarily enjoining the Defendants during the pendency of this action from enforcing or implementing as against Plaintiffs the directives in the May 11, 2025 "Dear Colleague" letter from Hayley B. Sanon ("May 11 Rescission Letter"); (2) directing Defendants to process pending and future payment requests for education stabilization ("ES") funds submitted within Plaintiffs' liquidation periods without delay; and (3) directing Defendants to file a status report with the Court within one week listing for each Plaintiff all outstanding payment requests for ES funding, including the amounts, the dates the requests were submitted, and the anticipated dates they will be processed; and it is further ORDERED that, good cause having been shown for the issuance of a temporary restraining order under Rule 65(b) of the Federal Rules of Civil Procedure, Defendants are enjoined from enforcing or implementing as against Plaintiffs the directives in the May 11 Rescission Letter pending the Court's decision on Plaintiffs' motion for a preliminary injunction; and it is further ORDERED that Plaintiffs are not required to post security; and it is further ORDERED that service of a copy of this order by ECF on counsel for Defendants shall be deemed good and sufficient service thereof; and it is further ORDERED that Defendants shall file their opposition papers on or before May 29, 2025; and it is further ORDERED that Plaintiffs shall file their reply papers on or before June 2, 2025. By the Court. ( Show Cause Hearing set for 6/3/2025 at 02:30 PM in Courtroom 619, 40 Centre Street, New York, NY 10007 before Judge Edgardo Ramos.), ( Replies due by 6/2/2025., Responses due by 5/29/2025) (Signed by Judge Edgardo Ramos on 5/20/25) (yv) (Entered: 05/21/2025) |
| 05/20/2025 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Scheduling Conference held on 5/20/2025. Counsel for State of New York, present. Counsel for U.S. Department of Education, present. Order to show cause for preliminary injunction with temporary restraining order will issue. Show cause hearing scheduled for June 3, 2025, at 2:30 p.m. Defendants' opposition due May 29, 2025 and Plaintiffs' reply due June 2, 2025. (jar) (Entered: 06/04/2025) |
| 05/21/2025 | 96 | NOTICE OF APPEARANCE by Anjana Samant on behalf of State of New Mexico..(Samant, Anjana) (Entered: 05/21/2025) |
| 05/23/2025 | 97 | MOTION for Jose Pablo Galan de la Cruz to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit Affidavit in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of the Clerk of the Supreme Court, # 3 |

| | | |
|---|---|---|
| | | Proposed Order Order for Admission Pro Hac Vice).(Galan DE LA Cruz, Jose) (Entered: 05/23/2025) |
| 05/27/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 97 MOTION for Jose Pablo Galan de la Cruz to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 05/27/2025) |
| 05/27/2025 | 98 | ORDER granting 93 Motion for Andrew Mendrala to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/27/2025) |
| 05/28/2025 | 99 | ORDER granting 97 Motion for Jose Pablo Galan de la Cruz to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 05/28/2025) |
| 05/29/2025 | 100 | MEMORANDUM OF LAW in Opposition re: 85 Memorandum of Law in Support, 83 Proposed Order to Show Cause With Emergency Relief . Document filed by Linda McMahon, United States Department of Education..(Kumar, Dana) (Entered: 05/29/2025) |
| 05/29/2025 | 101 | DECLARATION of Ruth E. Ryder in Opposition re: 83 Proposed Order to Show Cause With Emergency Relief, 85 Memorandum of Law in Support. Document filed by Linda McMahon, United States Department of Education. (Attachments: # 1 Exhibit A – Spreadsheet).(Kumar, Dana) (Entered: 05/29/2025) |
| 06/02/2025 | 102 | REPLY MEMORANDUM OF LAW in Support re: 83 Proposed Order to Show Cause With Emergency Relief . Document filed by State of New York. (Attachments: # 1 Proposed Order Revised Proposed Preliminary Injunction Order).(Thompson, Stephen) (Entered: 06/02/2025) |
| 06/02/2025 | 103 | REPLY AFFIRMATION of Stephen C. Thompson in Support re: 83 Proposed Order to Show Cause With Emergency Relief. Document filed by State of New York. (Attachments: # 1 Exhibit A – CA and ED email chain, # 2 Exhibit B – MN and ED email chain, # 3 Exhibit C – DC and ED email chain).(Thompson, Stephen) (Entered: 06/02/2025) |
| 06/02/2025 | 104 | MOTION for Cheryl Lynn Feiner to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31172066. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by State of California. (Attachments: # 1 Affidavit In Support of Motion to Admit Counsel Pro Hac Vice, # 2 Proposed Order Order for Admission Pro Hac Vice).(Feiner, Cheryl) (Entered: 06/02/2025) |
| 06/03/2025 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 104 MOTION for Cheryl Lynn Feiner to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–31172066. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 06/03/2025) |
| 06/03/2025 | 105 | PROPOSED ORDER. Document filed by State of New York. Related Document Number: 83 ..(Thompson, Stephen) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 06/03/2025) |
| 06/03/2025 | | **\*\*\*NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 105 Proposed Order was reviewed and approved as to form. (tp)** (Entered: 06/03/2025) |
| 06/03/2025 | | Minute Entry for proceedings held before Judge Edgardo Ramos: Show Cause Hearing held on 6/3/2025. Counsel for State of New York, present. Counsel for U.S. Department of Education. For the reasons stated on the record, (1) preliminary injunction will issue, and (2) the government's application to stay the injunction pending its appeal is denied. The temporary restraining order is extended until 6/4/2025. (jar) (Entered: 06/03/2025) |
| 06/03/2025 | 106 | PRELIMINARY INJUNCTION ORDER: The Defendants are preliminarily enjoined from enforcing or implementing as against Plaintiffs during the pendency of this litigation or until further order of the Court the directives in the March 28, 2025 letter |

| | | |
|---|---|---|
| | | from Education Secretary Linda McMahon to State Education Chiefs, Doc. No. 1–1, which purported to terminate the periods of time for Plaintiffs to liquidate their obligations under the Education Stabilization Fund, as that term is defined in the March 28 Letter, and as further set forth in the order. Plaintiffs are ordered to post security in the amount of $1000.00 within one week from the date of this order. (Signed by Judge Edgardo Ramos on 6/3/2025) (jar) (Entered: 06/03/2025) |
| 06/04/2025 | 107 | ORDER granting 104 Motion for Cheryl Lynn Feiner to Appear Pro Hac Vice. (HEREBY ORDERED by Judge Edgardo Ramos)(Text Only Order) (jar) (Entered: 06/04/2025) |
| 06/04/2025 | 108 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – NOTICE OF INTERLOCUTORY APPEAL from 106 Preliminary Injunction,,. Document filed by Linda McMahon, United States Department of Education. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Kumar, Dana) Modified on 6/4/2025 (nd). (Entered: 06/04/2025) |
| 06/04/2025 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT APPEAL. Notice to attorney Dana Kumar to RE–FILE Document No. 108 Notice of Interlocutory Appeal,.. The filing is deficient for the following reason(s): notice of appeal is not dated. Re–file the appeal using the event type Notice of Interlocutory Appeal found under the event list Appeal Documents – attach the correct signed PDF – select the correct named filer/filers – select the correct order/judgment being appealed. (nd)** (Entered: 06/04/2025) |
| 06/04/2025 | 109 | NOTICE OF INTERLOCUTORY APPEAL from 106 Preliminary Injunction,,. Document filed by Linda McMahon, United States Department of Education. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Kumar, Dana) (Entered: 06/04/2025) |
| 06/04/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 109 Notice of Interlocutory Appeal..(nd) (Entered: 06/04/2025) |
| 06/04/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 109 Notice of Interlocutory Appeal filed by Linda McMahon, United States Department of Education were transmitted to the U.S. Court of Appeals..(nd) (Entered: 06/04/2025) |