## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: New York v. U.S. Department of Education    Docket No.: 25-1424

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephen J. Yanni

Firm: Office of the New York State Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: (212) 416-6184    Fax:

E-mail: stephen.yanni@ag.ny.gov

Appearance for: Plaintiff-appellee State of New York
(party/designation)

**Select One:**

[✓] Substitute counsel (replacing lead counsel: Barbara D. Underwood / Office of the NYS Attorney General)
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on n/a    OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Stephen J. Yanni

Type or Print Name: Stephen J. Yanni