## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **New York v. U.S. Department of Education**   Docket No.: **25-1424**

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Stephen J. Yanni

Firm: Office of the New York State Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: (212) 416-6184   Fax:

E-mail: stephen.yanni@ag.ny.gov

Appearance for: Appellees AZ, CA, DE, DC, HI, IL, ME, MD, MA, MI, MN, NV, NJ, NM, OR, and Josh Shapiro
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: all counsel of record )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **n/a**   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Stephen J. Yanni

Type or Print Name: Stephen J. Yanni