## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: New York v. U.S. Department of Education            Docket No.: 25-1424

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Judith N. Vale

Firm: Office of the New York State Attorney General

Address: 28 Liberty Street, New York, NY 10005

Telephone: (212) 416 6274            Fax:

E-mail: judith.vale@ag.ny.gov

Appearance for: Appellees NY, AZ, CA, DE, DC, HI, IL, ME, MD, MA, MI, MN, NV, NJ, NM, OR, and Josh Shapiro
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: all counsel of record _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on 8/10/2023 _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Judith N. Vale

Type or Print Name: Judith N. Vale