# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of July, two thousand twenty-five,

| | |
|---|---|
| State of New York, State of Arizona, State of California, State of Delaware, District of Columbia, State of Hawaii, State of Illinois, State of Maine, State of Maryland, Commonwealth of Massachusetts, People of the State of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, State of Oregon, Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania, | **ORDER** <br> Docket No. 25-1424 |

      Plaintiffs - Appellees,

  v.

United States Department of Education, Linda McMahon, in her official capacity as Secretary of Education,

      Defendants - Appellants.

      Counsel for Appellant Linda McMahon, United States Department of Education has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting September 16, 2025 as the brief filing date.

      It is HEREBY ORDERED that Appellants' brief must be filed on or before September 16, 2025. The appeal is dismissed effective September 16, 2025 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

      For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

