## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of August, two thousand and twenty-five,

State of New York, et al.,
Plaintiffs - Appellees,
v.
U.S. Department of Education, et al.,
Defendants - Appellants.

**STIPULATION**
Docket Number: 25-1424

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 8/11/2025

*[signature: Dana W. Kumar]*
Attorney for Appellant

Dana Walsh Kumar / U.S. Attorney's Office, SDNY
Print Name and Firm

Date: 8/11/2025

*[signature]*
Attorney for Appellee

Stephen J. Yanni / Office of the N.Y. State Attorney General
Print Name and Firm